OFFICE CLERK OF DISTRICT COURT
VALLEY COUNTY
FILED

AUG 2 6 2019

SHELLEY BRYAN

Peter L. Helland
217 5th Street South
P.O. Box 512
Glasgow, MT 59230
Telephone: (406) 228-9331
Facsimile: (406) 228-9335

Attorney for Defendant

## MONTANA SEVENTEENTH JUDICIAL DISTRICT COURT
## VALLEY COUNTY

| | |
|---|---|
| DENNIS BAADSGAARD AND SHELLY BAADSGAARD,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>TRINTON GAMAS,<br><br>　　　　　　　　Defendant. | Cause No. DV-2019-46<br><br>Honorable Yvonne Laird<br><br>**CONSENT TO ENTRY OF JUDGMENT** |

COMES NOW Defendant Trinton Gamas, by and through counsel of record, and hereby expressly consents to the entry of Judgment in favor of Dennis and Shelly Baadsgaard, Plaintiffs in the above-entitled civil action, in the amount of $475,000. This amount is a result and in accordance with the Settlement Agreement between Dennis and Shelly Baadsgaard and Trinton Gamas.

1

This Consent to Entry of Judgment is freely given and is based upon all the facts, considerations, stipulations and promises as memorialized in the Settlement Agreement and related documents submitted herewith.

DATED this 23 day of August, 2019.

By: _____
Peter L. Helland
Attorney for Trinton Gamas

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2019, a true and correct copy of the foregoing, *Consent to Entry of Judgment*, was served via U.S. Mail, postage prepaid, upon the following:

A. Clifford Edwards
EDWARDS, FRICKLE & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
*Attorneys for Plaintiffs*

*/s/ Haley D. Nussmeier*