## ASSIGNMENT

THIS ASSIGNMENT is made by Trinton Gamas in favor of Dennis Baadsgaard and Shelly Baadsgaard on this 23rd day of Aug, 2019.

### WITNESSETH:

FOR AND IN CONSIDERATION of the Consent Judgment and Settlement Agreement of those promises made in that Settlement Agreement dated 8-23-19 between Dennis Baadsgaard and Shelley Baadsgaard, and the delivery of the Covenant Not to Execute called for therein, Trinton Gamas does hereby assign and set over unto Dennis Baadsgaard and Shelly Baadsgaard, all of his right, title and interest in that insurance policy issued by Safeco Insurance Company, Policy No. M1529359, as it relates to Dennis and Shelly Baadsgaard's lawsuit, Cause No. DV-2019-46, filed in the Montana 17th Judicial District Court, Valley County.

Trinton Gamas further assigns to Dennis Baadsgaard and Shelley Baadsgaard all of his rights, claims, and causes of action that he has or may have against Safeco Insurance Company, or any other entity or person that arises in any way related to the insurance policy assigned herein, the refusal of Safeco Insurance Company to fully indemnify the injuries suffered and the resulting damages suffered by both Dennis Baadsgaard and Shelly Baadsgaard as a result of the October 1, 2018 incident that is the subject of Cause No. DV-2019-46 and made part of the Settlement Agreement, regarding Safeco Insurance Company's adjusting, or not; defending, or not; and handling or mishandling of all claims asserted by Dennis Baadsgaard and Shelly Baadsgaard in the aforementioned Valley County, Montana Cause No. DV-2019-46 in the Montana 17th Judicial District Court.

This Assignment inures to the benefit of, and is binding upon, the parties, together with their heirs, successors and assigns.

                                                 _____
                                                 Trinton Gamas