# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| DENNIS BAADSGAARD and SHELLY BAADSGAARD,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS, a Liberty Mutual Company,<br><br>Defendant. | CV 19-75-GF-BMM-JTJ<br><br>**ORDER** |

The Court conducted a hearing on Defendant's Motion for Protective Order (Doc. 25) on August 12, 2020.  For the reasons discussed during the hearing,

IT IS HEREBY ORDERED:

1.     On or before August 19, 2020, Defendant shall submit to the Court, for *in camera* review, a copy of all documents in its claim file that were prepared on or after November 13, 2019, which Defendant contends are protected from discovery.

2.     All documents referenced in paragraph 1 shall be bound in a loose-leaf binder with an extended tab bearing a number.

3.     A privilege log shall accompany the *in camera* submissions.  The privilege log shall identify each document by designated number, the date the

document was prepared, its author, its recipient, its subject matter, and the basis for

protection of the document from disclosure.  A copy of the privilege log shall be

served on the Plaintiffs.

4.      On or before August 19, 2020, Plaintiffs shall identify all of the

discovery requests that they have submitted to the Defendant which were

reasonably calculated to discover whether the Defendant had suffered any prejudice

based upon their alleged failure to provide timely notice of their Complaint in the

state court lawsuit entitled *Baadsgaard v. Gamas*, Cause DV-2019-46.

DATED this 12th day of August, 2020.


John Johnston
United States Magistrate Judge

-2-