IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DENNIS BAADSGAARD and SHELLY BAADSGAARD, | Cause No. CV-19-00075-BMM |
| Plaintiffs, | THE HON. BRIAN M. MORRIS |
| -vs.- | |
| SAFECO INSURANCE COMPANY OF ILLINOIS, a Liberty Mutual Company, | **ORDER EXTENDING TIME TO FILE RESPONSE** |
| Defendant. | |

Pursuant to Defendant's Unopposed Motion for Extension of Time to File Response, no objection being made by counsel for Plaintiffs herein, and good cause appearing therefor, IT IS HEREBY ORDERED that Safeco shall have up to and including December 7, 2020, to file its response in opposition to *Plaintiffs' Motion for Partial Summary Judgment* (Nov. 2, 2020, Doc. 57).

DATED this 19th day of November, 2020.

Brian Morris, Chief District Judge
United States District Court